1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10
11    AMERICAN GNC CORPORATION,                    Case No. 20-cv-2479-BAS-BLM

12                                    Plaintiff,

13              v.                                  **ORDER GRANTING MOTION TO
                                                    CONTINUE STAY (ECF No. 54)**
14    HONEYWELL INTERNATIONAL
      INC.,
15
16                                    Defendant.

17

18        Before this Court is the parties' second joint motion to continue the stay in this

19    matter.  (Joint Mot., ECF No. 54.)  The Court first stayed this matter on November 3, 2021,

20    when the parties sought to hold in abeyance all deadlines for thirty (30) days to allow for a

21    continuation of "active discussions that may result in a complete resolution of this lawsuit"

22    and to avoid incurring unnecessary litigation expenses in light thereof.  (Stay Order, ECF

23    No. 50.)  The parties then moved on December 3, 2021 to continue the stay for an additional

24    thirty (30) days, which this Court granted.  (ECF No. 53.)

25        In accordance with the Stay Order, the parties filed a second joint Status Report on

26    January 3, 2022, advising that they "need additional time to negotiate" the "complete

27    resolution of this lawsuit."  (Joint Mot. 3; Status Report, ECF No. 55.)  The parties

28    "anticipate that they will have a signed agreement by January 24[, 2022] that either

20cv2479

completely resolves this matter or which partially resolves this matter and identifies limited issues that remain open for resolution." (Joint Mot. 3.) Consequently, the parties move to continue the stay presently in effect in this action until January 24, 2022. (*Id.*) Having reviewed both the joint Motion and Status Report, and upon good cause shown, the Court **GRANTS** the Joint Motion (ECF No. 54.) and **ORDERS** proceedings be stayed until **January 24, 2022**. The Court further **ORDERS** the parties to submit a joint status report **no later than January 25, 2022**.

     **IT IS SO ORDERED.**

**DATED: January 4, 2022**

Hon. Cynthia Bashant
United States District Judge